IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2325

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 44**
(Notice of Hearing on AMS's Motion to Strike Plaintiffs' Discovery Pool Choices)

Pending is Defendant American Medical Systems, Inc.'s Motion to Strike Plaintiffs' Multi-Product, Pelvic Organ Prolapse Picks for Bellwether Discovery pursuant to Pretrial Order # 37 (Docket Control Order), filed February 27, 2013.  [ECF 482.]  The parties are **NOTIFIED** that the court will conduct a hearing on the Motion on **Wednesday, March 6, 2013, at 10:00 a.m. eastern** in Room 7800 of the Robert C. Byrd United States Courthouse.  Plaintiffs may file a response to the motion (not to exceed four pages) on or before close of business on **Friday, March 1, 2013;** AMS may reply (not to exceed two pages) on or before close of business on **Monday, March 4, 2013.**

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2325 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:13-cv-03455.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent

pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: February 28, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE